UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ALISIA DAILY,
    and others similarly situated

        Plaintiffs,

                                    Civil Action No.: 3:09-CV-031

v.

NCO FINANCIAL SYSTEMS, INC.
and
NCO CUSTOMER MANAGEMENT, INC.
and
NCO GROUP, INC.,

        Defendants.
_____/

## PLAINTIFF'S MOTION TO AMEND PRELIMINARY APPROVAL ORDER

Pursuant to Fed. R. Civ. P. 23(c)(2), the Plaintiff and Class Counsel, with the consent of Defendants, move the Court to Amend the Preliminary Approval Order, for entry of the Supplemental Order attached hereto as Exhibit "A" and such other relief the Court finds just and appropriate.

                                    ALISIA DAILY, on behalf of herself
                                    and on behalf similarly situated
                                    individuals,

                                    _____/s/_____
                                    Leonard A. Bennett, Esq., VSB #37523
                                    Attorney for Plaintiff
                                    CONSUMER LITIGATION
                                    ASOCIATES, P.C.
                                    12515 Warwick Boulevard, Suite 100
                                    Newport News, Virginia 23606
                                    (757) 930-3660 – Telephone
                                    (757) 930-3662 – Facsimile
                                    lenbennett@cox.net

CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of April, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William Delaney Bayliss
Williams Mullen
1021 E Cary St
PO Box 1320
Richmond, VA 23218-1320
Email: bbayliss@williamsmullen.com

David Israel
Sessions Fishman Nathan & Israel LLP
3850 N Causeway Blvd
Lakeway Two Suite 200
Metairie, LA 70002
Email: disrael@sessions-law.biz

                                            /s/
                                     Leonard A. Bennett, Esq.
                                     VSB #37523
                                     Attorney for Plaintiff
                                     CONSUMER LITIGATION
                                     ASSOCIATES, P.C.
                                     12515 Warwick Boulevard, Suite 100
                                     Newport News, Virginia 23606
                                     (757) 930-3660 - Telephone
                                     (757) 930-3662 – Facsimile
                                     lenbennett@cox.net