# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

ALISIA DAILY,
and others similarly situated

        Plaintiffs,

                                Civil Action No.: 3:09-CV-031

v.

NCO FINANCIAL SYSTEMS, INC.
and
NCO CUSTOMER MANAGEMENT, INC.
and
NCO GROUP, INC.,

        Defendants.

_____/

## SUPPLEMENTAL ORDER AMENDING CLASS NOTICE PROCESS AND ENLARGING DEADLINE FOR SOME CLASS MEMBERS TO OPT OUT, CLAIM IN OR OBJECT TO SETTLEMENT

Upon the Plaintiff's Motion, with the consent of Defendants, the Court finds that the process for providing class notice be supplemented and the deadlines by which a class member is permitted to opt out, claim in or object to the proposed class settlement be enlarged. Accordingly, the Court's Order of Preliminary Approval of Class Action Settlement entered on February 3, 2011 (Docket No. 48) is amended as follows:

1. The Parties shall obtain from the Class Administrator a list of all class members for whom the mailed class notice was returned as undeliverable by the United States Postal Service (the "Undeliverables List").

2. The Parties shall coordinate the process of updating the mailing addresses for these class members using an appropriate and industry recognized "skip-tracing" database. Pursuant to 15 U.S.C. § 1681b(a)(1), the Court

finds that there is a permissible purpose for the use of information that may be otherwise governed by the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

3.      The Parties (through the Class Administrator) shall mail updated notices, First Class postage prepaid, to those Undeliverable List class members for whom the parties have obtained an updated alternate address.

4.      The dates for Undeliverable List class members to postmark and mail a claim form, opt-out or objection is enlarged from March 25, 2011 to May 5, 2011.  The Amended Class shall conform to that previously approved by the Court, but with the modified dates as Ordered herein.  All other dates shall remain unchanged.


IT IS SO ORDERED.

_____ /s/ _____
John A. Gibney, Jr.
United States District Judge

DATED: ___4/5/11___   _____

2