UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**ALISIA DAILY,**
**and others similarly situated**

       **Plaintiffs,**

v.                                                          Civil Action No.: 3:09-CV-031

**NCO FINANCIAL SYSTEMS, INC.**
**and**
**NCO CUSTOMER MANAGEMENT, INC.**
**and**
**NCO GROUP, INC.,**

       **Defendants.**

### PLAINTIFF'S AGREED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND AN AWARD OF INCENTIVE PAYMENT, ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES

    COME NOW the Plaintiffs, by counsel, and, pursuant to Fed. R. Civ. P. 23(e) and with the agreement and consent of Defendants, they move the Court for entry of a final order approving the class settlement and for an award of attorneys fees and costs as more fully stated in their accompanying Memorandum. ALISIA DAILY and GREGORY

                                        DANIELS, on behalf of themselves
                                        and on behalf similarly situated
                                        individuals*,*

                                          _____/s/_____
                                        Leonard A. Bennett, Esq. , VSB #37523
                                        Attorney for Plaintiff

CONSUMER LITIGATION ASOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William Delaney Bayliss
Williams Mullen
1021 E Cary St
PO Box 1320
Richmond, VA 23218-1320
Email: bbayliss@williamsmullen.com

David Israel
Sessions Fishman Nathan & Israel LLP
3850 N Causeway Blvd
Lakeway Two Suite 200
Metairie, LA 70002
Email: disrael@sessions-law.biz

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION  ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net