IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALISIA DAILY,
and others similarly situated

      Plaintiffs,

v.

      Civil Action No.: 3:09-CV-031

NCO FINANCIAL SYSTEMS, INC.
and
NCO CUSTOMER MANAGEMENT, INC.
and
NCO GROUP, INC.,

      Defendants.

## PLAINTIFFS' CONSENT MOTION FOR *CY PRES* DISTRIBUTION

COME NOW the Plaintiffs, by Counsel, and Class Counsel on behalf of the Class and with the consent of Defendant, move the court to approve and order a *cy pres* distribution as follows:

(1) Approve and order $62,382.35 to Southeast Louisiana Legal Services;

(2) Approve and order $62,382.35 to Virginia Health Care Foundation.

Class Counsel respectfully moves the Court to approve this proposed *cy pres* distribution.

Respectfully submitted,

Alisia Daily, on behalf of herself and others similarly situated,

**SO ORDERED**

12/6/11 /s/
John A. Gibney, Jr.
United States District Judge

/s/
Leonard A. Bennett, VSB #37523
*Consumer Litigation Associates, P.C.*
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601
Phone: (757) 930-3660
Fax: (757) 930-3662